IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IRA HAROLD WEXLER,

    Plaintiff,

v.                                      CASE NO. 1:17-cv-90-MW-GRJ

STATE OF FLORIDA, et al.,

    Defendants.

_____/

## **REPORT AND RECOMMENDATION**

Plaintiff initiated this case by filing a *pro se* civil rights complaint. ECF No. 1. Plaintiff failed to file a motion for leave to proceed *in forma pauperis* or to pay the filing fee.

The Court screened the Complaint and issued a deficiency order advising Plaintiff of the deficiencies in the complaint, which must be remedied. ECF No. 3. Among the many problems with the complaint the Court advised Plaintiff that he could not names as parties judges because they were immune from suit. The Court ordered Plaintiff to file an amended complaint if he wished to proceed further and to file a motion for leave to proceed *in forma pauperis* or pay the $400.00 filing fee. Plaintiff was ordered to do so on or before May 15, 2017. The Court warned Plaintiff

that failure to comply with the Court's order or to show cause as to why Plaintiff is unable to comply would result in a recommendation to the district judge to dismiss the case without further notice for failure to prosecute and for failure to comply with a Court order.

Plaintiff failed to comply as directed by May 15, 2017. Consequently, the Court ordered Plaintiff to show cause in writing on or before June 21, 2017, as to why the case should not be dismissed for failure to comply with an order from the Court and for failure to prosecute. ECF No. 4. Again, the Court warned Plaintiff that failure to respond to the Court order within the allotted time would result in a recommendation to the district judge to dismiss the case.

As of the date of this report and recommendation, Plaintiff has not filed an amended complaint or filed a motion for leave to proceed as a pauper or pay the filing fee and otherwise has failed to comply with the Court's order to show cause.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice for failure to prosecute and failure to comply

with an order of the Court.

**IN CHAMBERS** this 27th day of June 2017.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**