IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**IRA HAROLD WEXLER,**

    **Plaintiff,**

**v.**                                **Case No.  1:17cv90-MW/GRJ**

**STATE OF FLORIDA, et al.,**

    **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice for failure to prosecute and failure to comply with an order of the Court." The Clerk shall close the file.

**SO ORDERED on July 26, 2017.**

                                                **s/Mark E. Walker              \_\_\_\_
                                                United States District Judge**